

# NUMBER 13-19-00131-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE VB HARLINGEN HOLDINGS
### D/B/A VALLEY BAPTIST MEDICAL CENTER

On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Per Curiam Order

Relator VB Harlingen Holdings D/B/A Valley Baptist Medical Center filed a petition for writ of mandamus in the above cause on March 29, 2019. Through this original proceeding, relator contends that the trial court erred by denying its motion for leave to designate a responsible third party. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.0004 (West, Westlaw through 2017 1st C.S.).

The Court requests that Lynda Noble, individually and as next friend of A.N.H., or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. CIV. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of April, 2019.